**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Martin GUERRA–CALZADO, also known as Martin Guerra–Caldzado, also known as Martin Guerra Calsada, Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee**

v.

**Martin Guerra–Calzada, also known as Martin Guerra–Calsada, also known as Martin Guerra–Calzado, also known as Martin Guerra–Calzada, also known as Martin Guerra Calzado, Defendant–Appellant.**

**Nos. 13–40401, 13–40402**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Martin Guerra–Calzado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Guerra–Calzado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.